NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT FOR THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| ROBERT KAUFMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>SAINT-MARTIN PRODUCTION MINUISERIE (AKA: SMPM WOODWORKING),<br><br>              Defendant. | Civ. No. 15-44<br><br>**ORDER** |

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day and for good cause shown,

IT IS on this <u>16th</u> day of June, 2017,

ORDERED AND ADJUDGED as follows:

(1) Plaintiff's Motion for Default Judgment on Liability (ECF Nos. 10, 14) is GRANTED;

(2) Judgment only with respect to liability is entered in favor of Plaintiff Robert Kaufman and against Defendant Saint-Martin Production Minuserie (a.k.a. SMPM Woodworking);

(3) Plaintiff is to contact the Court to schedule further proceedings regarding Plaintiff's damages;

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

1

(4) Plaintiff shall provide the Court with documentation supporting his claims for damages no later than fourteen (14) days prior to further proceedings regarding Plaintiff's damages;

(5) Plaintiff shall serve a copy of this Order on Defendant within ten days of the date of this Order.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.